**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6591**

DANIEL THOMAS LANAHAN,

Plaintiff - Appellant,

v.

PATUXENT INSTITUTION; TANIKA AMASON; CORRECTIONAL OFFICER ANDERSON; UNKNOWN OFFICERS; WARDEN; ASSISTANT WARDEN; STATE OF MARYLAND; MENTAL HEALTH MANAGEMENT COMPANY; DOCTOR MOGHE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:15-cv-02511-JFM)

Submitted: June 22, 2017                    Decided: June 27, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Thomas Lanahan, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Thomas Lanahan appeals the district court's order denying his motion for appointment of counsel, declining to appoint a guardian ad litem, and dismissing his 42 U.S.C. § 1983 (2012) civil action as barred by the statute of limitations. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lanahan's informal brief does not challenge the bases for the district court's rulings, Lanahan has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*